**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N. Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
Email: DParker@ParkerandCarmody.com

December 2, 2019

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #54.*

*SO ORDERED.*

*December 2, 2019*

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

### Re: United States v. NKANGA NKANGA
### 18 Cr 713 (JMF)

Dear Judge Furman:

I write requesting that the Court issue an Order directing the Bureau of Prisons to correct the misspelling of the defendant's name.

The defendant's name is Nkanga Utuk Nkanga – as indicated on the Indictment.[1]

For unknown reasons, the BOP has registered the defendant under the name "Nhanga Utuk Nknanga." (See attached)

The defendant is currently incarcerated in the Metropolitan Detention Center under Registration # 86195-054.

The misspelling of the defendant's name makes it more difficult for visitors, for him to receive mail, as well as other matters.

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor direct the BOP to correct the spelling of the defendant's name.

Thank you for your attention to this matter.

Very truly yours,

Daniel S. Parker

---

[1] The defendant's middle name, "Utuk," is not on the indictment.

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number** | Find By Name

Type of Number: BOP Register Number
Number: 86195-054

Search

Result using number **86195-054**

Clear Form

## NHANGA UTUK NKNANGA

Register Number: 86195-054

Age: 66
Race: Black
Sex: Male

Located at: Brooklyn MDC
Release Date: UNKNOWN

**Related Links**
Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

https://www.bop.gov/inmateloc/                                    12/2/2019