**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
Email: DanielParker @ aol.com

February 25, 2020

**By ECF and email:**
Furman_NYSDChambers@nysd.uscourts.gov
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. Defense counsel shall consult the Court's Individual Rules for direction on how to file documents in redacted form on ECF and with the Court. Counsel is also urged to rescan his submission as the copy sent to the Court is of poor quality. The Clerk of Court is directed to terminate Doc. #60. SO ORDERED.

February 26, 2020

Re: **United States v. Nkanga Nkanga**
    **18 Cr 713 (JMF)**

Dear Judge Furman:

    We write requesting permission to file a Sentencing Memorandum of just over 27 pages long. The reason for the request is that, apart from the significant issues that we address in the memorandum, in order to provide Your Honor with a full picture of the defendant, we have incorporated excerpted portions of letters submitted by family and friends of the defendant.

    In addition, because we have redacted certain confidential medical information from the Sentencing Memorandum, enclosed please find an unredacted copy (text-searchable).

    Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker
Joshua J. Horowitz
*Attorneys for the Defendant*

Enclosure

cc: AUSA J. Fiddelman
    C. Vogel
(by Email and ECF)