

# HOROWITZ TECH LAW P.C.

Joshua J. Horowitz, Esq.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

March 13, 2020

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: *United States v. Nkanga Nkanga*, 18-Cr-713(JMF)

Dear Judge Furman:

    I write on behalf of Dr. Nkanga regarding the Court's recommended designation. Having conferred with family for Dr. Nkanga, we respectfully request the Court to recommend that BOP designate Dr. Nkanga to FMC Devens.

    We thank the Court for its consideration of this application.

                                    Respectfully submitted,

                                    Joshua J. Horowitz
                                    Daniel S. Parker

cc:    All Counsel (by ECF)

Application GRANTED. The Court recommends that the BOP designate Dr. Nkanga to FMC Devens to ensure that he receives appropriate medical care. The Government shall promptly share a copy of this endorsed letter with the BOP to ensure that it is aware of the updated recommendation.

The Clerk of Court is directed to terminated ECF No. 67.

                                    SO ORDERED.

                                    March 13, 2020