UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  UNITED STATES OF AMERICA

              -v-                                                       **NOTICE OF MOTION**

  NKANGA NKANGA,                                          18 Cr. 713 (JMF)

                          Defendant.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the annexed declaration of **Daniel S. Parker, Esq.,** duly affirmed the 26th day of March, 2020, upon the annexed memorandum of law, supporting papers and all proceedings herein, defendant **Nkanga Nkanga** will move this Court on an expedited basis and on a date to be set by the Court, for the following relief:

    A.  Release forthwith on bail pending execution of sentence pursuant to 18 U.S.C. § 3141(b), and to be given a date to self-surrender to a Bureau of Prison ("BOP") facility, one designated, no later than June 26, 2020; or

    B.  Pursuant to Federal Rule of Criminal Procedure 35(a), correcting Dr. Nkanga's sentence based on clear error – namely that the Court was not aware of, and could not be aware of, at the time of sentencing – the threat of the COVID-19 virus and its life-threatening effect on Dr. Nkanga; or

    C.  Pursuant to Federal Rule of Criminal Procedure 33(a) and (b)(2), vacating the Judgment in the interests of justice and granting a new trial – and release Dr. Nkanga forthwith on bail pending the new trial; or

    D.  Such other and further relief as this Court deems just and proper.

Dated: March 26, 2020
      New York, New York

                                     Respectfully submitted,

                              By: <u>/s/ Daniel S. Parker</u>
                                  Daniel S. Parker
                                  Joshua Horowitz
                                  *Attorneys for Nkanga Nkanga*