**HOROWITZ TECH LAW P.C.**

JOSHUA J. HOROWITZ, ESQ.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

March 30, 2020

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *United States v. Nkanga Nkanga*, 18-Cr-713(JMF)

Dear Judge Furman:

  In response to the Court's earlier order (Dkt. No. 84) and in advance of this afternoon's scheduled hearing, I am attaching herewith photographs that were sent to me by the Defendant's girlfriend, Marcia Cohen, of prescription medication, including an albuterol inhaler, that she obtained from the Defendant's personal belongings in the house that they shared together up until the date of his incarceration.

  Should the Court have any additional questions, please do not hesitate to contact my office at any time.

                  Respectfully submitted,

                   Joshua J. Horowitz
                   Daniel S. Parker

cc:  All Counsel (by ECF)