

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Nkanga Nkanga*, 18 Cr. 713 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter pursuant to the Court's order earlier this morning (Dkt. 89). The Government objects to this Court's consideration of the defendant's petition pursuant to 28 U.S.C. § 2241 on venue grounds and reserves its rights with respect to all other objections and arguments in opposition.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                            United States Attorney

                   by:   /s/
                            Jacob R. Fiddelman
                            Cecilia E. Vogel
                            Assistant United States Attorneys
                            (212) 637-1024 / 1084

cc:    Daniel S. Parker, Esq. (by ECF)
        Joshua Horowitz, Esq. (by ECF)