UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

                -v-

NKANGA NKANGA,

                *Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**18 Cr. 713 (JMF)**

### EMERGENCY MOTION FOR COMPASSIONATE RELEASE DUE TO INMATE'S HIGH RISK OF COVID-19 INFECTION AND DEATH; OR IN THE ALTERNATIVE, A 30-DAY FURLOUGH

      Please take notice that Nkanga Nkanga, through undersigned counsel, respectfully moves the Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to modify his sentence and immediately release him to home confinement and a period of supervised release. In the alternative, Dr. Nkanga moves for a 30-day furlough pursuant to 18 U.S.C. § 3622. In support of the motion, counsel relies on the following incorporated memorandum of law and exhibit.

                                                        Respectfully submitted,

                                                        <u>/s/ Daniel S. Parker</u>
                                                        Daniel S. Parker
                                                        Joshua J. Horowitz
                                                        Benjamin Silverman

                                                        *Attorneys for Nkanga Nkanga*

Dated: April 2, 2020
       New York, N.Y.