**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Nkanga Nkanga*, 18 Cr. 713 (JMF)

Dear Judge Furman:

    The Government writes to inform the Court and defense counsel that the Federal Bureau of Prisons ("BOP") has designated the defendant to FCI Fort Dix in New Jersey and that the BOP has sent the designation to the U.S. Marshals, who are responsible for transferring prisoners to their designated facilities. At this time, it is unclear when the U.S. Marshals will transfer the defendant to FCI Fort Dix given BOP restrictions on prisoner movement, but the Government continues to confer with the U.S. Marshals regarding the timing of the defendant's transfer to Fort Dix.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    by:   /s/
        Jacob R. Fiddelman
        Cecilia E. Vogel
        Assistant United States Attorneys
        (212) 637-1024 / 1084

cc:    Daniel S. Parker, Esq. (by ECF)
        Joshua Horowitz, Esq. (by ECF)
        Benjamin Silverman, Esq. (by ECF)