

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Nkanga Nkanga*, 18 Cr. 713 (JMF)

Dear Judge Furman:

    Pursuant to the Court's April 3, 2020 Order (ECF No. 104, the "April 3 Order"), attached hereto as Exhibit A is a sworn declaration from a responsible officer of the Bureau of Prisons specifically responding with respect to the defendant's pending furlough request.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

       by:   /s/
                  Jacob R. Fiddelman
                  Cecilia E. Vogel
                  Assistant United States Attorneys
                  (212) 637-1024 / 1084

cc:    Daniel S. Parker, Esq. (by ECF)
        Joshua Horowitz, Esq. (by ECF)
        Benjamin Silverman, Esq. (by ECF)