## PARKER AND CARMODY, LLP
### ATTORNEYS AT LAW
### 850 THIRD AVENUE
### 14TH FLOOR
### NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker @ aol.com

May 13, 2020

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Nkanga Nkanga**
**18 Cr 713 (JMF)**

Dear Judge Furman:

I write with the consent of the Government and Probation requesting that the Court grant Dr. Nkanga permission to go to his doctor's office on Monday, May 18, 2020 so that he can have blood tests performed.

He has already had a tele-medical appointment with his physician who requested that Dr. Nkanga come into the office so that blood can be drawn and sent to the lab.

I have communicated with AUSA Fiddleman by email and Probation Officer Jonathan Lettieri by telephone and both do not object to this request.

If acceptable to the Court, then Dr. Nkanga requests permission to go to Dr. Tursi's office at 1058 Forest Avenue, Staten Island from 10:30 a.m. to 2:30 p.m. because it is not clear how long the process will take.  If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this application.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/
Daniel S. Parker
Joshua Horowitz
Benjamin Silverman

Cc: all parties by email