# PARKER AND CARMODY, LLP
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER  DanielParker @ aol.com

June 5, 2020

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #126. SO ORDERED.

[signature]

June 5, 2020

Re: **United States v. Nkanga Nkanga**
18 Cr 713 (JMF)

Dear Judge Furman:

I write with the consent of the Government and Probation requesting that the Court grant Dr. Nkanga permission to go to his doctor's office on Monday, June 15, 2020.

Dr. Nkanga has an appointment scheduled at 10:30 a.m. with Dr. Joel Sherman, a urologist, whose office is at 4143 Hylan Blvd., Staten Island.

I have communicated with AUSA Fiddleman by email and Probation Officer Jonathan Lettieri by telephone and both do not object to this request.

If acceptable to the Court, then Dr. Nkanga requests permission to be out of his home from 8:30 a.m. to 1 p.m. so that he can travel to and attend this appointment.  If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this application.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/
Daniel S. Parker
Joshua Horowitz
Benjamin Silverman

Cc: all parties by email