**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER                                                                TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                              FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                          DanielParker @ aol.com

August 6, 2020

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Nkanga Nkanga**
18 Cr 713 (JMF)

Dear Judge Furman:

I write with the consent of the Government requesting that the Court adjourn the conference scheduled for August 17, 2020 for at least 60 days.

The reason for the request is that Dr. Nkanga continues to be followed by his doctor for neurological issues and continues to be at great risk for COVID-19.

If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this application.

Thank you for your consideration in this matter.

Our continuing best wishes to you and your staff.

Respectfully submitted,

/s/
Daniel S. Parker
Joshua Horowitz
Benjamin Silverman

Cc: all parties by email

Application GRANTED. The conference is hereby ADJOURNED to October 21, 2020, at 3:30 p.m. The Clerk of Court is directed to terminate Doc. #130. SO ORDERED.

August 7, 2020