**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER             TELEPHONE: (212) 239-9777
MICHAEL CARMODY           FACSIMILE: (212) 239-9175
CHRISTINA S. COOPER          DanielParker @ aol.com

December 16, 2020

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Nkanga Nkanga**
**18 Cr 713 (JMF)**
20-CV-2871 (JMF)

Dear Judge Furman:

      We write with the consent of the Government requesting that the Court adjourn the conference scheduled for January 21, 2021 for a period of 60 to 90 days.

      The reason for the request is that Dr. Nkanga continues to be followed by his doctor for neurological issues, he continues to be at great risk for COVID-19, there has been a significant number of COVID cases at Ft. Dix (where he has been designated), and we are hopeful that he will receive the vaccine as soon as it is made available to him.

      We have conferred with the Government and been advised by AUSA Fiddelman that the Government consents to this application.

      If the foregoing meets with Your Honor's approval, then we respectfully request that you "So Order" this application.

      Thank you for your consideration in this matter. Our continuing best wishes to you and your staff.

Respectfully submitted,

*/s/ Daniel S. Parker*

Daniel S. Parker
Joshua Horowitz
Benjamin Silverman

Cc: all parties by email

Application GRANTED. The conference is ADJOURNED to April 19, 2021, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #135 and docket this endorsement in both the criminal and civil (20-CV-2871) case. SO ORDERED.

*/s/ Jesse M. Furman*

December 16, 2020