**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                         TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                  FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                     DanielParker @ aol.com

February 26, 2021

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Nkanga Nkanga**
18 Cr 713 (JMF)

Dear Judge Furman:

    We write in advance of the conference scheduled for April 19, 2021 to advise the Court and the Government that the defendant received his first COVID vaccine on February 24, 2021 and he is scheduled to receive the second vaccine on March 24, 2021.

    Thank you for your attention to this matter.

    My continuing best wishes to you and your staff.

                           Respectfully submitted,

                           Daniel S. Parker
                           Joshua Horowitz
                           Benjamin Silverman

Cc: all parties by email

---

In light of the Defendant's imminent vaccination, the parties shall confer and, no later than March 22, 2021, submit a joint letter indicating their views on whether or when the Defendant's bail should be revoked and he should be ordered to voluntarily surrender to begin serving his sentence. If the parties disagree, they should indicate whether the Court should set a briefing schedule (in which case they should propose one) or hold a conference sooner than April 19, 2021. The Clerk of Court is directed to terminate ECF No. 138 and to docket this in both 18-CR-713 and 20-CV-2871. SO ORDERED.

March 1, 2021