**HOROWITZ TECH LAW P.C.**

JOSHUA J. HOROWITZ, ESQ.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

April 13, 2021

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:       <u>United States v. Nkanga Nkanga</u>, 18-Cr-713(JMF)

Dear Judge Furman:

      On behalf of Dr. Nkanga, I write to respectfully request that the Court seal the unredacted version of the Defendant's reply memorandum and exhibits submitted in further support of his motion for compassionate release and filed with the Court by email on April 13, 2021. A redacted version has been filed via ECF contemporaneously with the filing of this letter application.

      We have sought to minimize redactions, requesting only the redaction of specific medical diagnoses and information pertaining to Dr. Nkanga's cognitive condition. The only other proposed redaction is of Dr. Nkanga's home address, which is redacted from Exhibits A and B.

      We thank the Court for its consideration of this application.

Respectfully submitted,

Joshua J. Horowitz
Daniel S. Parker

cc:    All Counsel (by ECF)

Application GRANTED. The Clerk of Court is directed to terminate Doc. #156. SO ORDERED.

April 13, 2021

HOROWITZ TECH LAW P.C. • 734 FRANKLIN AVE, # 605 • GARDEN CITY, NEW YORK 11530
TEL: 212.203.9011 • FAX: 716.535.1686 • WWW.TECHLAWNY.COM