LAW OFFICE OF
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

May 16, 2021

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Nkanga*, 18 Cr. 713 (JMF), 20 Civ. 2871 (JMF)

Your Honor:

I write to advise the Court that our client, Dr. Nkanga Nkanga, surrendered to FCI Fort Dix. He authorized me to withdraw his 2255 motion and to move to withdraw as his counsel. Daniel Parker and Joshua Horowitz will continue to represent him. On behalf of Dr. Nkanga, we would like to express our gratitude for the Court's time and sensitivity when this 2255 motion was filed last year.

For the foregoing reasons, I respectfully move to withdraw the 2255 motion (Dkt. Nos. 115 (criminal case) and 1 (civil case)) and to withdraw as Dr. Nkanga's counsel. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: Counsel of Record (by ECF)
Dr. Nkanga Nkanga (by U.S. Mail)

Application GRANTED. The Clerk of Court is directed to terminate Mr. Silverman in both the criminal and civil case; to close 20-CV-2871 (JMF); and to terminate Doc. #159. SO ORDERED.

May 19, 2021